# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TIMOTHY HOWARD JOHNSON,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

Case No. 3:15-cv-00258-HDM-WGC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has failed to submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

    **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions. Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*. Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee. Failure to do so may result in the dismissal of this action.

    Dated this 26th day of October, 2015.

                                       _____
                                       HOWARD D. McKIBBEN
                                       UNITED STATES DISTRICT JUDGE